1 **WO**

2
3
4
5         IN THE UNITED STATES DISTRICT COURT
6             FOR THE DISTRICT OF ARIZONA
7
8  United States of America,           )
                                       )   CR08-00314-001-PHX-DGC
9           Plaintiff,                 )
                                       )   **ORDER**
10 vs.                                 )
                                       )
11                                     )
                                       )
12 Jose Angel Sotelo-Valdez,           )
                                       )
13          Defendant.                 )
   _____)
14
15
16    The defendant appeared in court with counsel. The defendant's probable cause hearing
   was waived and his detention hearing was submitted by defendant through defense counsel.
17
    The Court finds probable cause to believe the defendant violated the terms of his supervised
18
   release as alleged in the petition.
19
       IT IS ORDERED that the defendant is detained as flight risk and danger, pending
20
   further revocation proceedings. Pursuant to Rule 32.1(a)(6) defendant has failed to show he
21
   is not a flight risk or a danger.
22
       DATED this 10th day of May, 2012.
23
24
                                  _____
25                                      Mark E. Aspey
                                  United States Magistrate Judge
26
27
28